IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02355-CMA-MEH

MICHAEL L. MACGOWAN, JR.,

    Plaintiff,

v.

PETER STRAPP, individually and in his official capacity as Magistrate of the Combined Court of District 17, Adams County Colorado,
THOMAS ENSOR, individually and in his official capacity as Reviewing Judge of the Combined Court of District 17, Adams County Colorado, and
JOHN SUTHERS, Attorney General, in his capacity as the Attorney General for the state of Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2009.**

    In light of the pending Recommendation [docket #7], Plaintiff's Motion to Append TRO Motion [filed October 15, 2009; docket #8] is **denied as moot**. The Court reaffirms its findings in the pending Recommendation.